# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00070-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOSEPH FRANK KORZELIUS, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's letter, which the Court construes as a motion for a modification of his sentence [Doc. 27].

On June 7, 2017, the Defendant pleaded guilty to one count of health care fraud, in violation of 18 U.S.C. § 1347. [Doc. 10]. On November 30, 2017, the Defendant was sentenced to a term of 24 months' imprisonment and three years of supervised release. [Doc. 24]. The Defendant now requests that the Court modify the remainder of his term of imprisonment to "some other form of punishment such as community service or pro bono counseling…." [Doc. 27].

The Court may reduce or modify a defendant's sentence only under limited circumstances. Generally, the Court may reduce or modify a sentence only: (1) upon motion of the Director of the Bureau of Prisons, if

certain extraordinary and compelling reasons so warrant; (2) under the express authority of Rule 35 of the Rules of Criminal Procedure, which provides that the Court may correct a clear error in a sentence within 14 days after sentencing or reduce a sentence upon motion by the Government for the defendant's substantial assistance; or (3) when a defendant is sentenced to a term of imprisonment based upon a sentencing range that was subsequently lowered by the United States Sentencing Commission. See 18 U.S.C. § 3582(c). None of these circumstances are applicable in the present case. Accordingly, the Defendant's motion for a modification of his sentence must be denied.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's letter, which the Court construes as a motion for a modification of his sentence [Doc. 27] is **DENIED.**

**IT IS SO ORDERED.**

Signed: November 6, 2018

Martin Reidinger
United States District Judge